IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:05CV11-MU

| | | |
|---|---|---|
| US LEC COMMUNICATIONS, INC.; US LEC OF ALABAMA INC.; US LEC OF FLORIDA INC.; US LEC OF GEORGIA INC.; US LEC OF MARYLAND INC.; US LEC OF NORTH CAROLINA INC.; US LEC OF PENNSYLVANIA INC.; US LEC OF TENNESSEE INC.; and US LEC OF VIRGINIA LLC., | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| QUEST COMMUNICATIONS CORPORATION, | ) ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court on Plaintiffs' "Consent Motion to Lift Stay and Extend Answer Deadline," filed June 16, 2005. In light of a recent ruling by the United State District Court for the District of Colorado and by agreement with Defendant Quest Communications Corporation ("Quest" or "Defendant"), Plaintiffs ask the Court to lift the stay imposed by this Court in its April 27, 2005 Order and to extend the time for Quest to answer or otherwise respond to Plaintiffs' Complaint. For good cause shown and with consent of all the parties, the Court will **GRANT** Plaintiff's Motion to Lift Stay and Extend Answer Deadline.

**IT IS THEREFORE ORDERED** that the stay imposed by this Court pursuant to the April 27, 2005 Order is hereby lifted.

**IT IS FURTHER ORDERED** that Defendant has to and including July 1, 2005 to

answer or otherwise respond to Plaintiffs' Complaint.

**Signed: June 23, 2005**

Graham C. Mullen
Chief United States District Judge