IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV11

| | |
|---|---|
| US LEC COMMUNICATIONS INC.; et al, <br>                                  Plaintiffs, <br> v. <br> QWEST COMMUNICATIONS CORP., <br>                                  Defendant. | **ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

     **THIS MATTER** is before the Court upon the motion of Plaintiffs to allow Jonathan S. Frankel to appear *Pro Hac Vice*, filed July 11, 2005.

     Upon careful review and consideration, this Court will grant Plaintiff's Application.

     In accordance with Local Rule 83.1 (B), the Court notes that Mr. Frankel has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

     **IT IS SO ORDERED.**

**Signed: September 13, 2005**

Graham C. Mullen
Chief United States District Judge