IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV11

| | | |
|---|---|---|
| US LEC COMMUNICATIONS, INC.; et al | ) ) ) ) | **ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| QWEST COMMUNICATIONS CORP., Defendant. | ) ) ) ) | |

**THIS MATTER** is before the Court upon the motion of Defendant to allow Lauren E. Schmidt to appear *Pro Hac Vice*, filed November 17, 2005.

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Ms. Schmidt has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

**Signed: November 22, 2005**

Graham C. Mullen
Chief United States District Judge