IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05 CV 11

| | |
|---|---|
| US LEC COMMUNICATIONS, INC., et al., | ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| QWEST COMMUNICATIONS CORP., | ) ) ) ) ) |
| Defendant. | ) ) |

**ORDER ENTERING STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**

Having taken the Stipulated Confidentiality and Protective Order submitted by the Parties under consideration, it is hereby ORDERED that the Stipulated Confidentiality Agreement Protective Order dated February 27, 20006 is approved and entered by the Court.

Signed: March 6, 2006

Graham C. Mullen
United States District Judge